## ARMSTRONG, *Appellee,* vs. FRY, *Appellant.*

IF return is made by a justice, to an appeal, it is conclusive evidence of the payment of the costs and fees, required to be paid to the justice in order to appeal.

*Saginaw Circuit Court, Oct.* 8. 1869.

Judgment was rendered August 20, 1869, by a Justice of the Peace. Affidavit and bond for appeal, filed August 24, 1869. Justice's fees paid August 28, 1869, and return made.

McLELLAND v. McDONALD.

Motion to dismiss appeal because the costs were not paid within five days after judgment.

*Foot & Grout*, for Appellee.

*J. Brousseau*, for Appellant.

SUTHERLAND, *Judge.*

Paragraph 3856, C. L. applies to such a case. The return having been made, it is conclusive evidence that the costs and fees have been paid. The "costs of the justice" and "such fees" mentioned in that section — "the fee paid to the justice," in § 3864, and "the fees of the justice." in sub. 6, § 3845, all refer to the moneys for fees and costs required to be paid by § 3840, in order to appeal.

Motion denied, with usual motion costs.